IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00314-PAB-MEH

DANA HILLS,

    Plaintiff,

v.

ANTHEM, INC.,

    Defendant.

___

### MINUTE ORDER
___

**Entered by Michael E. Hegarty, United States Magistrate Judge, on February 26, 2015.**

    The Joint Motion to Stay Proceedings pending Resolution of Section 1407 Transfer Motion [filed February 25, 2015; docket #8] is **granted**. The proceedings of this case are stayed temporarily pending resolution of the Motion for Consolidation and Transfer Under 28 U.S.C. § 1407 currently pending before the Judicial Panel on Multidistrict Litigation. As such, the Scheduling Conference currently set for April 29, 2015 is **vacated** until further order of the Court.